ELIZABETH NORBURY, Respondent, *v.* CITY OF BUFFALO, Appellant.

CHARLES NORBURY, Respondent, *v.* CITY OF BUFFALO, Appellant.

*Negligence — streets — municipal corporations — Buffalo (city of) — injury from fall caused by stepping in hole in sidewalk.*

*Norbury* v. *City of Buffalo*, 217 App. Div. 785, 786, affirmed.

(Argued October 21, 1927; decided November 22, 1927.)

APPEAL in each of the above-entitled actions from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 10, 1926, affirming a judgment in favor of plaintiff entered upon a verdict. The first action was brought to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The second, by her husband, to recover for expense and loss of services occasioned by the injury. Plaintiff Elizabeth Norbury testified that while walking easterly on the north side of Elk street near Alabama street in the city of Buffalo, she stepped into a hole in the sidewalk and falling, received the injuries complained of.

*Frederic C. Rupp,* Corporation Counsel (*Forbes F. Dougherty* of counsel), for appellant.

*Irving W. Cole* and *John J. Brown* for respondents.

Judgment in each case affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.

---

WILLIAM A. SETZKORN, Respondent, *v.* CITY OF BUFFALO, Appellant, Impleaded with Another.

*Negligence — automobile damaged by collision with runaway team.*

*Setzkorn* v. *City of Buffalo*, 219 App. Div. 416, affirmed.

(Argued October 21, 1927; decided November 22, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial